# United States District Court
# For The Western District of North Carolina
# Charlotte Division

John Austin James,

       Petitioner,                            JUDGMENT IN A CIVIL CASE

vs.                                              3:08-cv-233-1

North Carolina,

       Respondent.

DECISION BY COURT.  This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/21/2008 Order.

                                                        Signed: May 21, 2008

                                                        Frank G. Johns, Clerk
                                                        United States District Court